**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Yana Hart (SBN 306499)
*yhart@clarksonlawfirm.com*
Tiara Avaness (SBN 343928)
*tavaness@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HORNELL BREWING CO., INC.,<br><br>Defendant. | Case No. 3:22-CV-01795-TLT<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE AS TO THE NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS** |

1
NOTICE OF DISMISAL OF ACTION WITHOUT PREJUDICE

Plaintiff Thomas Iglesias, by and through counsel, hereby voluntarily dismisses the above styled action without prejudice as to the named Plaintiff and without prejudice as to the Putative Class, pursuant to Fed. R. Civ. P. 41(a)(1). Defendant, Hornell Brewing Co. Inc. has not yet filed an answer or summary judgment in this action, therefore this action may be dismissed in its entirety without prejudice.

Date: January 6, 2022                                    **CLARKSON LAW FIRM, P.C.**

                                              By: *s/ Yana A. Hart*
                                                   Yana A. Hart, Esq.
                                                   *Attorneys for Plaintiff*

NOTICE OF DISMISAL OF ACTION WITHOUT PREJUDICE