UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS IGLESIAS,<br><br>        Plaintiff,<br><br>v.<br><br>HORNELL BREWING CO., INC,<br><br>        Defendant. | Case No.  22-cv-01795-TLT<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Re: ECF No. 55 |

Before the Court is plaintiff Thomas Iglesias's administrative motion to consider whether, pursuant to Civil Local Rule 3-12(b), *Iglesias v. Arizona Beverages USA, LLC*, No. 4:22-cv-09108-JSW ("*Arizona Beverages*") should be related to closed case *Iglesias v. Hornell Brewing Co., Inc.*, No. 3:22-cv-01795-TLT ("*Hornell Brewing*").  ECF No. 55.  Rule 3-12(a) states that an "action is related to another when: (1) The actions concern substantially the same parties, property, transaction, or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Although there is overlap between the cases, the Court finds that it is unlikely that there will be "unduly burdensome duplication of labor and expense or conflicting results" if *Arizona Beverages* proceeds before a different judge.  First, *Hornell Brewing* is closed, so there is no need to coordinate any proceedings.  Second, this Court did not consider or rule on any substantive motions in *Hornell Brewing*, and thus, there would be no judicial efficiency gained by relating the cases.  Accordingly, plaintiff's motion is **DENIED**.  This Order terminates docket number 55.

**IT IS SO ORDERED.**

Dated: January 19, 2023

                                                                                 TRINA L. THOMPSON<br>
                                                                                 United States District Judge